UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26cr10048 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| JOSHUA MORENCY, | ) | Count One: Engaging in the Business of |
| | ) | Dealing in Firearms Without a License |
| Defendant | ) | (18 U.S.C. § 922(a)(1)(A)) |
| | ) | |
| | ) | |
| | ) | Count Two: Unlawful Possession or |
| | ) | Transfer of a Machinegun |
| | ) | (18 U.S.C. § 922(o)) |
| | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d); 28 U.S.C. § |
| | ) | 2461(c)) |
| | ) | |

INFORMATION

COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The United States Attorney charges:

From on or about August 28, 2025 to on or about October 8, 2025, in the District of Massachusetts and elsewhere, the defendant,

JOSHUA MORENCY,

not being a licensed importer, manufacturer, and dealer under the provisions of Title 18, United States Code, did willfully engage in the business of dealing in firearms, that is: one privately made 9mm pistol, bearing no serial number, equipped with a Taurus slide; one privately made 9mm pistol, bearing no serial number, equipped with a Smith & Wesson slide; one privately made .45 caliber semi-automatic pistol, bearing no serial number, affixed with a Glock Model 30 .45 caliber slide; one privately made 9mm semi-automatic pistol, bearing no serial number, affixed with a

Smith & Wesson SD9VE 9mm slide; one privately made 9mm semi-automatic pistol, bearing no serial number; one privately made 9mm semi-automatic pistol, bearing no serial number, affixed with a Taurus PT111 9mm slide (bearing an obliterated serial number); two privately made .45 caliber machineguns, bearing no serial numbers, each affixed with a machinegun conversion device ("MCD"); one Sig Sauer Model P320 9mm semi-automatic pistol, bearing serial number 58B143273; two privately made .40 caliber machineguns, bearing no serial numbers, each affixed with an MCD; one privately made .45 caliber machinegun, bearing no serial number; one privately made 9mm machinegun, bearing no serial number, affixed with an MCD; one privately made 9mm semi-automatic pistol, bearing no serial number; two privately made 9mm machineguns, bearing no serial numbers, each affixed with an MCD; and one privately made .223 caliber, AR-type pistol, bearing no serial number.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO
Unlawful Possession or Transfer of a Machinegun
(18 U.S.C. § 922(o))

The United States Attorney further charges:

From on or about August 28, 2025 to on or about November 12, 2025, in the District of Massachusetts, the defendant,

JOSHUA MORENCY,

did knowingly possess or transfer a machinegun, that is: two privately made .45 caliber machineguns, bearing no serial numbers, each affixed with an MCD; two privately made .40 caliber machineguns, one privately made .45 caliber machinegun, and one privately made 9mm machinegun, all bearing no serial numbers and each affixed with an MCD; two privately made 9mm machineguns, bearing no serial numbers, each affixed with an MCD; and one privately made .40 caliber machinegun, bearing no serial number, affixed with an MCD.

All in violation of Title 18, United States Code, Section 922(o).

<u>FIREARM FORFEITURE ALLEGATION</u>
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.    Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 922(o), set forth in Counts One and Two, the defendant,

JOSHUA MORENCY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense(s). The property to be forfeited includes, but is not limited to, the following: one privately made .40 caliber machinegun, bearing no serial number, affixed with an MCD; six privately made 9mm semi-automatic pistols, bearing no serial numbers; six privately made .223 caliber semi-automatic, AR-type pistols, bearing no serial numbers; eight privately made firearm frames, bearing no serial numbers; two unfinished privately made firearm frames, bearing no serial numbers; one Smith & Wesson M&P 5.7 caliber semi-automatic pistol, bearing serial number PJM3393; one Magnum Research Inc., Desert Eagle, .50 caliber semi-automatic pistol, bearing serial number DK0106903; one privately made semi-automatic pistol, bearing no serial number; thirty assorted firearm magazines; six hundred seventy-three rounds of assorted calibers; ninety-three rounds of assorted 9mm ammunition; one hundred fifty-three rounds of ammunition of assorted calibers; one round of .223 Hornady ammunition; and two uninstalled MCDs.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

LEAH B. FOLEY
United States Attorney

By:  _____
J. AIDAN LANG
Assistant United States Attorney

Dated: February 25, 2026